1 | **HENNESSY LAW GROUP**
2 | Timothy P. Hennessy, State Bar No. 286317
  | l2l7 "L" Street
3 | Bakersfield, CA 93301
  | Tel: (661) 237-7179
4 | Email : tph@hennessyatlaw. com

5 | Attorney for:
  | **SERGIO PENA**
6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00128 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |
| **SEGRIO PENA** | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, JUDGE JENNIFER L. THURSTON AND CODY CHAPPLE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, SERGIO PENA, by and through his attorney of record, Timothy Hennessy hereby requesting that the sentencing hearing currently set for Monday, August 4, 2025, be continued to September 22, 2025.

Defense counsel was in a homicide trial *People vs. Fernando Ulices Alonso BF198856A* and needs more time to gather and review documents prior to sentencing. I have spoken to AUSA Cody Chapple and USPO Jesse Mora, and they have no objection to continuing the matter.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: July 15, 2025            */s/ Timothy Hennessy*
                                TIMOTHY HENNESSY
                                Attorney for Defendant
                                Sergio Pena

1

DATED: July 15, 2025                                             */s/Cody Chapple*
                                                                                  CODY CHAPPLE
                                                                                  Assistant U.S. Attorney

# ORDER

IT IS SO ORDER that the sentencing hearing currently set for Monday, August 4, 2025, be continued to September 22, 2025, and the following briefing schedule be adopted:

- **Sentencing September 22, 2025**
- **Reply, or Statement of Non-Opposition September 15, 2025**
- **Formal Objections September 8, 2025**
- **Final Presentence Report September 1, 2025**
- **Informal Objections August 25, 2025**

IT IS SO ORDERED.

Dated: **July 16, 2025**                                        _____
                                                                                 UNITED STATES DISTRICT JUDGE

2