1  **HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
2  l2l7 "L" Street
Bakersfield, CA 93301
3  Tel: (661) 237-7179
4  Email : tph@hennessyatlaw. com

5  Attorney for:
**SERGIO PENA**
6
UNITED STATES DISTRICT COURT
7
FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00128 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |
| **SEGRIO PENA** | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, JUDGE JENNIFER L. THURSTON AND CODY CHAPPLE, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, SERGIO PENA, by and through his attorney of record, Timothy Hennessy hereby requesting that the sentencing hearing currently set for Monday, November 17, 2025, be continued to Monday, February 23, 2026.

   Defense counsel was in a trial *USA v. Christopher Guilford 1:24-cr-00022-JLT-SKO* and needs more time to gather and review documents prior to sentencing. I have spoken to AUSA Cody Chapple, and he has no objection to continuing the matter.

   **IT IS SO STIPULATED.**

                                                                  Respectfully Submitted,

DATED: November 13, 2025                   */s/ **Timothy Hennessy***
                                                                  TIMOTHY HENNESSY
                                                                  Attorney for Defendant
                                                                  Sergio Pena

1

DATED: November 13, 2025                     */s/Cody Chapple*
                                             CODY CHAPPLE
                                             Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDER that the sentencing hearing currently set for Monday, November 17, 2025, be continued to Monday, February 23, 2026.

IT IS SO ORDERED.

Dated:   **November 14, 2025**

UNITED STATES DISTRICT JUDGE

2