**HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
l2l7 "L" Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Email : tph@hennessyatlaw. com

Attorney for:
**SERGIO PENA**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:24-CR-00128 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |
| **SEGRIO PENA** | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, JUDGE JENNIFER L. THURSTON AND CODY CHAPPLE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, SERGIO PENA, by and through his attorney of record, Timothy Hennessy, hereby requesting that the sentencing hearing currently set for Monday, February 23, 2026, be continued to Monday, March 16, 2026.

Defense counsel is in homicide trial *People vs. Antone James BF191453C* and needs more time to gather and review documents prior to sentencing. I have spoken to AUSA Cody Chapple and USPO Jesse Mora, and they have no objection to continuing the matter.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: February 18, 2026

*/s/ Timothy Hennessy*
TIMOTHY HENNESSY
Attorney for Defendant
Sergio Pena

1

DATED: February 18, 2026

*/s/Cody Chapple*
CODY CHAPPLE
Assistant U.S. Attorney

# **ORDER**

IT IS SO ORDER that the sentencing hearing currently set for Monday, February 23, 2026, be continued to Monday, March 16, 2026.

IT IS SO ORDERED.

Dated: **February 18, 2026**

UNITED STATES DISTRICT JUDGE

2