**HENNESSY LAW GROUP**

Timothy Hennessy State Bar No. 286317

1217 L Street

Bakersfield, CA 93301

Tel: (661) 237-7179

Fax: (661) 742-1898

Email: tph@hennessyatlaw.com

Attorney for SERGIO PENA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO PENA,<br><br>Defendant. | No. 1:24-cr-00128-JLT-SAB-11<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |

On June 12, 2024, Sergio Pena was indicted on federal charges.  Timothy Hennessy was appointed as counsel to represent Mr. Pena on 1:24-cr-00128-JLT-SAB-11in his criminal case. Mr. Pena was sentenced pursuant to a plea agreement on March 16, 2026.  The time for filing a direct appeal was April 3, 2026.  No direct appeal was filed.  Mr. Pena is out of custody at sentencing. Having completed his representation of Mr. Pena, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Pena require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: April 21, 2026                    Respectfully submitted,


                                         /s/*Timothy Hennessy*
                                         Timothy Hennessy
                                         Attorney for Sergio Pena


**ORDER**

   Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

   The Clerk of Court is directed to serve a copy of this order on Sergio Pena at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Sergio Pena
1151 Turnbull Canyon Road
Apartment 35
La Puente, CA 91745
**Email** sergio933110@gmail.com


IT IS SO ORDERED.

   Dated:   **April 27, 2026**

_____
UNITED STATES DISTRICT JUDGE